```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNEL ROBINSON,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

19 **CIVIL** 5770 (DCF)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 6, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        May 7, 2020

                                          **RUBY J. KRAJICK**
                                              **Clerk of Court**
                          **BY:**
                                                **Deputy Clerk**